### JONES et al. v. BARROW.

No. 16008—Opinion Filed July 14, 1925.

(Syllabus.)

#### Appeal and Error—Failure to File Brief — Dismissal.

Where brief is not filed within the time provided by the rules of the court, or within a reasonable time after order permitting brief to be filed out of time, the appeal will be dismissed.

Error from District Court, Seminole County; Geo. C. Crump, Judge.

Action between W. M. Jones as director, W. S. Holland as clerk, of School District No. 8, County of Seminole, and Odessa Burrow. From this judgment, the former appeal. Dismissed.

Hill & Criswell, for plaintiffs in error.

Cutlip & Horsley, for defendant in error.

PER CURIAM. This appeal was lodged in this court on the 5th day of December, 1924, and on the 10th day of January, 1925, the court made an order permitting plaintiffs in error to file brief out of time. No brief has yet been filed and no reason shown why same has not been done.

Under the rules of the court, brief of plaintiff in error must be filed within 40 days after the date of filing the appeal. And more than 150 days having expired since January 10, 1925, the appeal is dismissed.

Note.—See under (1) 4 C. J. p. 571, § 2380; 2 R. C. L. p. 176; 1 R. C. L. Supp. p. 425; 5 R. C. L. Supp. p. 77.